

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 99 C 5179 | DATE | 6/1/2000 |
| CASE TITLE | Ty, Inc. Vs. Robert S. LeClair etc. et al. | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. After reviewing the considerable filings respecting plaintiff's emergency motion to compel, we deny the motion with one exception.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | JUN 0 2 2000 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 90 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | | date mailed notice | |
| WAH | courtroom deputy's initials | 00 JUN -1 PM 3:10 | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TY, INC., | )
|  | )
| Plaintiff, | )
|  | )
| vs. | ) No. 99 C 5179
|  | )
| ROBERT S. LE CLAIR, | )
| d/b/a HOLY BEARS, INC., | )
|  | )
| Defendant. | )

DOCKETED
JUN 2 - 2000

## MEMORANDUM OPINION AND ORDER

After reviewing the considerable filings respecting plaintiff's emergency motion to compel, we deny the motion with one exception.

Plaintiff seeks additional e-mail and related computer information. It already has the information from two computers and from Expressive Web Design and it can, and apparently has sought to, retrieve information from others in the "loop." It believes, however, that defendants have other information they have failed to produce.

We conclude that defendants were less than candid about the initial disclosure of the "loop." We are satisfied, however, that there was thereafter full disclosure and that defendants did in fact wipe clean the hard drive on their primary computer in response to a virus in March 1999. More significantly, we accept as given that defendants were fully mindful of the success of Beanie Babies when the enterprise was conceived and that some of the prototype samples in all probability infringed. We are concerned, however, with the Holybears actually marketed. We question, therefore, the relevance of the earlier e-mails. Nevertheless, plaintiff is entitled to pursue its claim as it sees fit, within reason. The filings

indicate that defendants used more than two computers. Plaintiff is entitled to the identification of other computers used prior to September 22, 1999, and to inspect, at its expense and in a manner that does not disrupt defendants' business, the hard drives of those computers.

*James B. Moran*
JAMES B. MORAN
Senior Judge, U. S. District Court

June 1, 2000.